IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| JAVED VENTURE HOLDINGS, LLC, § § *Plaintiff* § § VS. § § MT. HAWLEY INSURANCE COMPANY § AND RENAISSANCE RE SYNDICATE § 1458 LLOYD'S, § § *Defendants* § | CIVIL ACTION NO. 1:23-CV-00067 JUDGE MICHAEL J. TRUNCALE |

## ACKNOWLEDGEMENT OF JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Court has received the Parties' Joint Stipulation of Dismissal with Prejudice filed in the above-referenced matter. [Dkt. 44]. The Parties previously advised that they had reached a settlement regarding all claims asserted in this matter and now stipulate to a dismissal with prejudice thereof. The Court hereby acknowledges that the Parties' claims filed herein are **DISMISSED WITH PREJUDICE**, effective the date of the stipulation of dismissal.

All Parties shall bear their own attorneys' fees and costs, and all motions not previously ruled on are **DENIED AS MOOT**.

The Clerk is **INSTRUCTED** to close this case.

**SIGNED this 11th day of October, 2024.**

_Michael J. Truncale_
Michael J. Truncale
United States District Judge